UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFRED TRENKLER,<br><br>Defendant. | No. 92-cr-10369-RWZ |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT ALFRED TRENKLER'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

The government respectfully moves for an extension of time to respond to defendant Alfred Trenkler's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). Defendant Trenkler filed his motion on January 15, 2021. Under General Order 20-20, the government has five days to respond to his motion, making the government's response due January 20, 2021. Counsel for defendant Trenkler assents to extending the time for the government to respond to January 25, 2021.

WHEREFORE, the government respectfully requests an extension to January 25, 2021.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Kristen A. Kearney*
    ROBERT E. RICHARDSON
    KRISTEN A. KEARNEY
    Assistant United States Attorneys

**CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 112.1**

I hereby certify that I have conferred with counsel for defendant Albert Trenkler, and counsel assents to this motion.

Dated: January 19, 2021                    */s/ Kristen A. Kearney*
                                           Kristen A. Kearney

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be served on all registered participants listed in the Notice of Electronic Filing (NEF).

Dated: January 19, 2021                    */s/ Kristen A. Kearney*
                                           Kristen A. Kearney