UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, | ) ) ) ) ) ) ) ) ) |
| v. |
| ALFRED TRENKLER,<br>    *Defendant.* |

No. 92-CR-10369-RWZ-2

**NOTICE OF WARDEN DENIAL OF COMPASSIONATE RELEASE REQUEST**

On January 19, 2021, undersigned counsel received the attached letter from the Warden of USP Tucson denying Mr. Trenkler's November 28, 2020 renewed request for compassionate release. *See* Ex. 1. Mr. Trenkler's position is that the letter has no material impact on the case before the Court.

Respectfully submitted,

ALFRED TRENKLER
By his attorneys,

/s/ Nancy Gertner
Nancy Gertner (BBO # 190140)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
NGERTNER@FICKMARX.COM
ABARSKY@FICKMARX.COM

Scott P. Lopez (BBO # 549556)
LAWSON & WEITZEN LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990 Ext 3076
splopez@lawson-weitzen.com

**Certificate of Service**

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 20, 2020.

/s/ Nancy Gertner
Nancy Gertner