UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v.   ) | No. 92-CR-10369-RWZ-2 |
| ) | |
| ALFRED TRENKLER, ) | |
| *Defendant.* ) | |

### DEFENDANT ALFRED TRENKLER'S
### ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY
_____

Pursuant to Local Rule 7.1(b)(3), defendant Alfred Trenkler ("Trenkler") hereby moves, by and through undersigned counsel, for leave to file a Reply to the Government's Opposition to Trenkler's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A).

In support of this motion, Trenkler submits, by and through undersigned counsel, that a Reply is necessary to respond to some of the legal and factual arguments raised in the Government's Opposition. Moreover, counsel for the government have assented to this request for leave to file a Reply.

WHEREFORE, Trenkler respectfully requests that the Court allow this motion and permit him to file a Reply to the Government's Opposition on or before the close of business on Monday, February 1, 2021.

1

Respectfully submitted,
For the Defendant,
ALFRED TRENKLER
By his attorneys,


 /s/  *Scott P. Lopez*
Scott P. Lopez (BBO # 549556)
LAWSON & WEITZEN LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990 Ext 3076
splopez@lawson-weitzen.com

Nancy Gertner (BBO # 190140)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
NGERTNER@FICKMARX.COM
ABARSKY@FICKMARX.COM

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with Assistant U.S. Attorneys Robert Richardson and Kristen A. Kearney by electronic mail on January 26 and 27, 2021 in a good faith attempt to resolve or narrow the issues in this motion and the government assents to this motion.


 /s/  *Scott P. Lopez*
Scott P. Lopez, BBO # 549556

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 27, 2021.


 /s/  *Scott P. Lopez*
Scott P. Lopez, BBO # 549556