UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFRED TRENKLER,<br>     Defendant. | No. 92-cr-10369-RWZ-2 |

### AMENDED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO ALFRED TRENKLER'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE PURUSANT TO 18 U.S.C. § 3582(c)(1)(A)

Pursuant to Local Rule 7.1(b)(3), the government respectfully files this amended motion for leave to file a sur-reply to defendant Alfred Trenkler's reply brief in support of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). As grounds therefor, the government submits that a sur-reply is necessary to respond to some of the legal and factual arguments made in Trenkler's 19-page reply brief but that the government requires one day more than initially anticipated in order to do so. The government therefore respectfully requests that the Court grant the government leave to file a sur-reply on or before Tuesday, February 9, 2021.

The defendant, through counsel, has expressed his assent to the allowance of this amended motion.

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                United States Attorney

                                   By: */s/ Robert E. Richardson*
                                                ROBERT E. RICHARDSON
                                                KRISTEN A. KEARNEY
                                                Assistant United States Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be served on counsel of record as listed in the NEF.

Dated: February 8, 2021                  */s/ Robert E. Richardson*