## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
| --- | --- |
| UNITED STATES OF AMERICA | |
| v. | No. 92-CR-10369-WES-2 |
| ALFRED W. TRENKLER | |

## **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

On April 1, 2021, the Tenth Circuit decided *United States v. Maumau*, No. 20-4056, 2021 U.S. App. LEXIS 9510 (10th Cir. Apr. 1, 2021).[1] *Maumau* affirmed the district court's grant of compassionate release to a defendant serving an extraordinarily long stacked § 924(c) sentence, viewed in the totality of the circumstances. The concurring judge stated that a district court might abuse its discretion only if it granted relief *solely* based on a disagreement with a mandatory minimum sentence that was required when imposed. *See id.* at *39 (Tymkovich, J., concurring) (noting that such a grant "would have substituted [the court's] own judgment for that of Congress and thus abused its discretion"). Even that concern is not implicated here, however, because the statute of conviction here *precluded* the sentence imposed.

Respectfully submitted,

**ALFRED TRENKLER**

---

[1] https://www.ca10.uscourts.gov/opinions/20/20-4056.pdf

1

By his attorneys,

/s/ Nancy Gertner
Nancy Gertner (BBO # 190140)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
NGERTNER@FICKMARX.COM
ABARSKY@FICKMARX.COM

SCOTT P. LOPEZ (BBO # 549556)
LAWSON & WEITZEN LLP
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MA 02210
617-439-4990 EXT 3076
SPLOPEZ@LAWSON-WEITZEN.COM

### CERTIFICATE OF SERVICE

I, Nancy Gertner, as counsel to Defendant Alfred Trenkler, certify that on April 2, 2021, I caused the foregoing document to be served by ECF on the registered participants as indicated on the Notice of Electronic Filing.

/s/ Nancy Gertner
Nancy Gertner