UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFRED W. TRENKLER | No. 92-CR-10369-WES-2 |

### DEFENDANT'S REQUEST FOR JUDICIAL RECOMMENDATION

Mr. Trenkler respectfully requests that the Court make a recommendation that he serve the remaining term of his imprisonment at the Federal Medical Center at Devens in Ayer, Massachusetts. At FMC Devens, Mr. Trenkler would be able to receive the medical care he needs and would be closer to his family.

Respectfully submitted,

**ALFRED TRENKLER**

By his attorneys,

*/s/ Nancy Gertner*
Nancy Gertner (BBO # 190140)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
NGERTNER@FICKMARX.COM
ABARSKY@FICKMARX.COM

SCOTT P. LOPEZ (BBO # 549556)
LAWSON & WEITZEN LLP
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MA 02210
617-439-4990 EXT 3076
SPLOPEZ@LAWSON-WEITZEN.COM

## CERTIFICATE OF SERVICE

I, Nancy Gertner, as counsel to Defendant Alfred Trenkler, certify that on May 6, 2021, I caused the foregoing document to be served by ECF on the registered participants as indicated on the Notice of Electronic Filing.

*/s/ Nancy Gertner*
Nancy Gertner

2