# United States Court of Appeals
## For the First Circuit

No. 21-1441

UNITED STATES,

Appellant,

v.

ALFRED W. TRENKLER,

Defendant, Appellee.

**JUDGMENT**

Entered: August 29, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's Opinion and Order is vacated and the case is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Chief Deputy Clerk

cc: Hon. William E. Smith, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, David Gerard Tobin, Donald Campbell Lockhart, Robert Edward Richardson, Kristen A. Kearney, Scott Patrick Lopez, Nancy Gertner, Amy Barsky, Jonathan M. Albano, Rebecca Fabian Izzo, Andrew Debbins, Roy T. Englert Jr., Jamesa J. Drake