# United States Court of Appeals
## For the First Circuit

No. 21-1441

UNITED STATES,

Appellant,

v.

ALFRED W. TRENKLER,

Defendant - Appellee.

**MANDATE**

Entered: September 20, 2022

    In accordance with the judgment of August 29, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan M. Albano
Amy Barsky
Andrew Debbins
Jamesa J. Drake
Roy T. Englert Jr.
Nancy Gertner
Rebecca Fabian Izzo
Kristen A. Kearney
Donald Campbell Lockhart
Scott Patrick Lopez
Robert Edward Richardson
David Gerard Tobin
Alfred W. Trenkler